IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON R. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV155 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director, and his invidivual capacity, DIANE SABATKA-RINE, Deputy Director, and her individual capacity, MARIO PEART, Warden, and his individual capacity, HARGREAVES, Unite Administrator, and his individual capacity, KARA SIMPSON, Unit Administrator, and her individual capacity, and JOHN DOES-1-15, and their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 4, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 12th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge